Nettie Ochs, individually and as executrix and trustee under the last will and testament of Otto Ochs, deceased, complainant-appellee,

*v.*

George Ochs et al., defendants-appellants.

[Submitted February term, 1937.   Decided April 30th, 1937.]

144

146

152

*Messrs. Kraemer, Siegler & Siegler,* for George Ochs et al.

*Mr. Wallace P. Berkowitz* and *Mr. Joseph Kraemer,* for William Ochs and Dora Ochs.

*Messrs. Grosso & Anderson,* for the complainant-appellee.

*Mr. Isidor Kalisch* and *Mr. Alfred J. Grosso;* for the guardian *ad litem.*

PER CURIAM.

The pleadings and proofs have been carefully examined. The conclusions of the learned vice-chancellor who heard the cause were correct in law and fact. The issues raised were properly determined and the decree will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.